IN THE UNITED STATES MAGISTRATE COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD D. McCULLOCH,<br><br>Defendant. | PO 17-5010-BLG-TJC<br><br>Violation No. FATK0071<br>Location Code: M6H<br><br>ORDER |

Upon the United States' Motion to Quash Warrant and Deem Matter Fully Adjudicated and good cause appearing,

IT IS HEREBY ORDERED that the motion (Doc. 4) is GRANTED and the following Violation Notice is deemed fully adjudicated and the warrant issued for said Violation is QUASHED:

Richard D. McCulloch – Violation Notice FATK0071, warrant issued on January 19, 2017.

The Clerk of Court is directed to notify the U.S. Marshals Service of this Order immediately.

//

//

1

DATED this 1st day of February, 2017.

                                              _____
                                              TIMOTHY J. CAVAN
                                              United States Magistrate Judge